[Civil No. 778.]

WONG FAT et al., Appellants, v. WOO PARK et al., Appellees.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila.   F. M. Doan, Judge.
  J. S. Sniffen, and Robert E. Morrison, Attorneys for Appellants.
  Edwards & McFarland, Attorneys for Appellees.
  February 11, 1902.   Affirmed.

---

[Civil No. 779.]

WILLIAM SIDOW, Appellant, v. RAMON F. BORQUES, Administrator of the Estate of Archie Borques, Deceased, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila.   F. M. Doan, Judge.
  J. S. Sniffen, and Robert E. Morrison, Attorneys for Appellant.
  Edwards & McFarland, Attorneys for Appellee.
  February 11, 1902.   Affirmed.

---

[Civil No. 782.]

PASQUAL NIGRO, Appellant, v. ALFONZO HIDALGO DE MERCIER, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Gila.   F. M. Doan, Judge.
  A. R. Edwards, Attorney for Appellant.
  J. S. Sniffen, and Robert E. Morrison, Attorneys for Appellee.
  February 11, 1902.   Affirmed.